**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMMON MIKELL,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 10-402** |
| | : | |
| **MARRIOTT INTERNATIONAL, INC.,** | : | |
| **d/b/a PHILADELPHIA MARRIOTT WEST,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

    **AND NOW**, this   19th   day of May, 2011, upon consideration of Defendant's

Motion for Summary Judgment (Doc. #14), Plaintiff's Response (Doc. #15), and Defendant's

Reply (Doc. #16), it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. #14)

is **GRAN TED** in part and **DENIED** in part as follows:

- Defendant's Motion is **DENIED** as to Plaintiff's discriminatory failure to
  promote claim;

- Defendant's Motion is **GRANTED** as to all other claims.


                                       _____ s/ Anita B. Brody _____


                                       ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: